J S Hermanson (CA # 162231)
LAW OFFICE OF J S HERMANSON
215 East Olive Avenue
Redlands, CA 92373
Telephone: (909) 335-6177
Facsimile: (909) 335-7199

Attorney for Plaintffs Kobbe Titera and Andrea Titera

Alan C. Jablin (CA #191631)
Christopher Mulder (CA#156343)
Cummings, McClorey, Davis, Acho & Day
1850 N Central Ave., Suite 1450
Phoenix, Arizona 85004
Telephone: (602) 207-5476
Facsimile: (602) 207-6943

Attorneys for Defendant Redlands Unified School District

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBBE TITERA AND ANDREA TITERA,<br><br>Plaintiff,<br><br>v.<br><br>REDLANDS UNIFIED SCHOOL DISTRICT,<br><br>Defendant | CASE NO.  EDCV 02-472 VAP SGLx<br><br>STIPULATION TO SET ASIDE DEFAULT ENTRY AND TO DISMISS ACTION, WITH PREJUDICE AND WITHOUT COSTS |

The above entitled matter having been amicably resolved between the parties, the parties, through their respective counsel, stipulate and agree that

1. The default entered on August 7, 2002, against Defendant Redlands' Unified School District shall be set aside.

2 The above entitled cause shall be dismissed with prejudice and without costs to any party

///

FILED
CLERK, U S DISTRICT COURT
AUG 28 2002
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Docketed
Copies / NTC Sent
JS-5 / JS - 6
JS -2 / JS-3
CLSD

ENTER ON ICMS
AUG 29 2002

AUG 29 2002

Dated: 8-22-02

J. S. Hermanson
Attorney for Plaintiffs Kobbe Kitera
and Andrea Kitera

Dated: 8/16/02

Alan C Jablin
Attorney for Defendant Redlands
Unified School District

The Court having considered the above Stipulation and the parties having agreed that the default entered on August 7, 2002 as to Defendant Redlands Unified School District is set aside; and that the above entitled action is dismissed, with prejudice, and without costs to either party

IT IS SO ORDERED

Dated: August 28, 2002

Virginia L. Phillips
U. S. District Judge