**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA−EASTERN DIVISION**

| | |
|---|---|
| RANDY ZANE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: EDCV 02-852 VAP(SGLx)<br><br>[Consolidated with Case No.<br>**EDCV 01-472 VAP(SGLx)**]<br><br>Hon. Virginia A. Phillips<br><br>**ORDER RE DISMISSAL**<br><br>[Filed Concurrently with STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE] |

# ORDER

Based on the parties' "Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure," The Paul Revere Life Insurance Company's ("Paul Revere") claim for relief against Randy Zane ("Zane") for Insurance Fraud, which is the only remaining claim alleged against Zane in Paul Revere's Counterclaim filed August 3, 2001, shall be, and hereby is, dismissed without prejudice.

IT IS SO ORDERED.

Dated: _June 03, 2010_____   _____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**Respectfully Submitted By**:
Andrew S. Williams (177926)
awilliams@bargerwolen.com
Vivian I. Orlando (213833)
vorlando@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399
Attorneys for Defendant and Counter-Claimant
The Paul Revere Life Insurance Company